IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CORDELL MOODY,** | : | |
|     **Plaintiff,** | : | |
| | : | |
|     v. | : | CIVIL ACTION NO. 22-CV-4073 |
| | : | |
| **J. LAWSON,** *et al.* | : | |
|     **Defendants.** | : | |

## ORDER

AND NOW, this 7th day of December 2022, upon consideration of Plaintiff Cordell Moody's Motion to Proceed *In Forma Pauperis* (ECF No. 1) and *pro se* Complaint (ECF No. 2), it is **ORDERED** that:

1. Leave to proceed *in forma pauperis* is **GRANTED** pursuant to 28 U.S.C. § 1915.

2. The Complaint is **DEEMED** filed.

3. For the reasons stated in the Court's Memorandum, the following claims are **DISMISSED** without leave to amend:

    a. Moody's federal law claims pursuant to 42 U.S.C. § 1983 are **DISMISSED WITH PREJUDICE**.

    b. Moses's state law claims for false advertising are **DISMISSED WITHOUT PREJUDICE** for lack of subject matter jurisdiction.

4. The Clerk of Court shall **CLOSE** this case.

BY THE COURT:

/s/ Chad F. Kenney

_____
**CHAD F. KENNEY, J.**